UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOLEEN M. RILEY,                      )  |   |
|            Plaintiff,         )  |   |
| v.                                                 )  | Civil No. 06-95-B-W |
| MICHAEL J. ASTRUE,               )  |   |
| Commissioner of Social Security, ) |   |
|            Defendant.       )  |   |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 27, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be VACATED and the case REMANDED for proceedings.

                                  /s/ John A. Woodcock, Jr.
                                  JOHN A. WOODCOCK, JR.
                                  UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2006