UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOLEEN M. RILEY,          )<br>                                      )<br>     Plaintiff,              )<br>                                      )<br>     v.                          )<br>                                      )<br>MICHAEL J. ASTRUE,    )<br>Commissioner of Social Security,  )<br>                                      )<br>     Defendant.          ) | Civil No. 06-95-B-W |

## AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 27, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be VACATED and the case REMANDED for proceedings.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2007

---

[1] This Amended Order corrects the date contained in the Order on Report and Recommended Decision (Docket # 12) regarding the date of the Magistrate's Recommended Decision from March 27, 2006 to March 27, 2007 and the actual date of the Order on Report and Recommended Decision (Docket # 11) from March 24, 2006 to April 16, 2007.